United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 15-13134-MB |
| Mohammad Sadegh Namazikhah | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

**Recip ID        Recipient Name and Address**
db            + Mohammad Sadegh Namazikhah, 16661 Ventura Boulevard, Suite 606, Encino, CA 91436-1982

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

**Name**            **Email Address**

Dane W Exnowski
                on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION dane.exnowski@mccalla.com
                bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

David Seror (TR)
                aquijano@bg.law C133@ecfcbis.com;mgalvan@bg.law

Diane Weifenbach
                on behalf of Creditor U.S. BANK  NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST diane@attylsi.com, bankruptcy1@attylsi.com

Diane Weifenbach
                on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com, bankruptcy1@attylsi.com

Eric V Anderton
                on behalf of Creditor A-B Dental Center  Inc. eanderton@catanzarite.com, bphillips@catanzarite.com

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Eric V Anderton
    on behalf of Interested Party Courtesy NEF eanderton@catanzarite.com  bphillips@catanzarite.com

Eric V Anderton
    on behalf of Creditor Kosmas Pappas eanderton@catanzarite.com  bphillips@catanzarite.com

Frances M O'Meara
    on behalf of Creditor WELLS FARGO BANK  N.A. fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE fomeara@fmglaw.com  mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor Ghorbanian DDS II  Inc fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust fomeara@fmglaw.com  mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor A-B Dental Center  Inc. fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION fomeara@fmglaw.com mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor Ghorbanian DDS  Inc. fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor Kosmas Pappas fomeara@fmglaw.com mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor U.S. BANK  NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

M. Jonathan Hayes
    on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

M. Jonathan Hayes
    on behalf of Attorney Robert Hindin & Associates  APLC jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Najah J Shariff
    on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE najah.shariff@usdoj.gov  USACAC.criminal@usdoj.gov

Nancy H Zamora
    on behalf of Trustee David Seror (TR) zamora3@aol.com

Raymond H. Aver
    on behalf of Debtor Mohammad Sadegh Namazikhah ray@averlaw.com averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com

Sean C Ferry
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION sferry@raslg.com  sferry@ecf.courtdrive.com

Sheila M Pistone
    on behalf of Creditor Ghorbanian DDS II  Inc sheila@pistonelawoffice.com, sheilapistone@yahoo.com

Sheila M Pistone
    on behalf of Creditor Ghorbanian DDS  Inc. sheila@pistonelawoffice.com, sheilapistone@yahoo.com

Sumit Bode
    on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust sumit.bode@americaninfosource.com

Theron S Covey
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION theronscovey@hotmail.com  sferry@raslg.com

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

Veronica A Pacheco

District/off: 0973-1 User: admin Page 3 of 3
Date Rcvd: Dec 28, 2021 Form ID: pdf042 Total Noticed: 1

on behalf of Creditor WELLS FARGO BANK  N.A. BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com

TOTAL: 28

```
 1  RAYMOND H. AVER - SBN 109577
    LAW OFFICES OF RAYMOND H. AVER
 2  A Professional Corporation
    10801 National Boulevard, Suite 100
 3  Los Angeles, California 90064
    Telephone: (310) 571-3511
 4  email: ray@averlaw.com

 5  Bankruptcy Counsel for
    MOHAMMAD S. NAMAZIKHAH
 6  Chapter 7 Trustee
```

**FILED & ENTERED**

**DEC 28 2021**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Cetulio    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re: | ) Case No. 1:15-bk-13134-MB |
| **MOHAMMAD SADEGH NAMAZIKHAH,** | ) Chapter 7 |
|  | ) [PROPOSED] ORDER GRANTING "MOTION |
|  | ) FOR ORDER EXTENDING OR TOLLING TIME |
| Debtor. | ) TO REINVEST HOMESTEAD EXEMPTION |
|  | ) PROCEEDS" |
|  | ) |
|  | ) Date: December 17, 2021 |
|  | ) Time: 10:00 a.m. |
|  | ) Place: Courtroom 303 |
|  | )    (VIA ZOOMGOV) |
|  | )   United States Bankruptcy Court |
|  | )   21041 Burbank Boulevard |
|  | )   Woodland Hills, California 91367 |

*Law Offices of Raymond H. Aver, APC*

ORDER GRANTING MOTION FOR ORDER EXTENDING OR TOLLING HOMESTEAD EXEMTION REINVESTMENT PERIOD
Page 1

The "Motion For Order Extending Or Tolling Time To Reinvest Homestead Exemption Proceeds" [Docket #553] came on for hearing on shortened notice, pursuant to the "Order Granting Application And Setting Hearing On Shortened Notice," entered on December 15, 2021 [Docket #556], before The Honorable Martin R. Barash, United States Bankruptcy Judge, in courtroom 303 of the United States Bankruptcy Court for the Central District of California [San Fernando Valley Division] via ZoomGov on December 17, 2021.

Appearing on behalf of the movant, Mohammad S. Namazikhah ("Movant" or "Debtor"), was his bankruptcy counsel Law Offices of Raymond H. Aver, A Professional Corporation, by Raymond H. Aver, Esquire. Also appearing on behalf of Debtor was Dunstan & Franke, Simon J. Dunstan, Esquire. Appearing on behalf of the Chapter 7 Trustee, David Seror ("Trustee") was his counsel Zamora & Hoffmeier, A Professional Corporation, by Nancy Zamora, Esquire. Trustee also appeared. Appearing on behalf of creditor Ghorbanian DDS, Inc., Ghorbanian DDS II, Inc. and Abraham Ghorbanian collectively ("Ghorbanian"), was their counsel of record Law Office of Sheila Pistone, by Sheila Pistone, Esquire. Other appearances, if any, are as reflected in the Court's record of the hearing (the "Hearing").

The Court having reviewed and considered the following pleadings and papers:

1. "Notice Of Motion And Motion For Order Extending Or Tolling Time To Reinvest Homestead Exemption Proceeds; Memorandum Of Points And Authorities; And Declaration(s) In Support Thereof" [Docket #553], filed on behalf of Debtor on December 14, 2021, and

2. "Trustee's Opposition To Motion For Order Extending Or Tolling Time To Reinvest Homestead Exemption Proceeds; Supporting Declarations" [Docket #559], filed on behalf of the Trustee on December 17, 2021, and having heard and considered the arguments and representations of counsel made during the Hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the "Motion For Order Extending Or Tolling Time To Reinvest Homestead Exemption Proceeds" is granted, in accordance with the provisions of this order;

**IT IS FURTHER ORDERED** that the six-month deadline for Debtor to reinvest the $175,000 homestead exemption proceeds ("Proceeds") from the sale of the real property located at 661 Lachman Lane, Pacific Palisades, California 90272, under California Code of Civil Procedure §704.720(b), is extended to January 18, 2022;

**IT IS FURTHER ORDERED** that Debtor may only use the Proceeds to purchase the residential real property located at 5435 Fallbrook Avenue, Woodland Hills, California 91367 ("Fallbrook Residence") through sale escrow no. 13718-LC (the "Escrow") at Encore Escrow ("Encore");

**IT IS FURTHER ORDERED** that Debtor's use of the Proceeds is contingent upon the Escrow closing no later than January 18, 2022;

**IT IS FURTHER ORDERED** that Debtor's use of the Proceeds is conditioned upon title to the Fallbrook Residence being taken in the names of Debtor and his wife, Saideh Said-Shalchi, and no other third-party;

1    **IT IS FURTHER ORDERED** that Debtor's use of the Proceeds is
2 conditioned upon Abolfazi Hamsehsadeh having no interest
3 whatsoever in the Fallbrook Residence;
4    **IT IS FURTHER ORDERED** that Debtor shall cause a copy of the
5 full and final set of escrow instructions and all escrow
6 amendments, as fully executed, to be provided to Trustee;
7    **IT IS FURTHER ORDERED** that Debtor shall relinquish all
8 claims to the Proceeds if the Escrow does not close on or before
9 January 18, 2022;
10    **IT IS FURTHER ORDERED** that the conditions to the close of
11 the Escrow in this order shall supersede the conditions
12 contained in the Trustee's correspondence to Encore, dated
13 December 14, 2021, a true and correct copy of which is attached
14 as **Exhibit A** hereto, except for paragraph 5 of the
15 correspondence, stating "[u]nder no circumstances are you
16 authorized to deliver these funds to Mr. Namazikhah or to any
17 other person," which condition shall continue to govern the
18 actions of the parties; and

20    ///

22    ///

24    ///

26    ///

*Law Offices of Raymond H. Aver, APC*

*ORDER GRANTING MOTION FOR ORDER EXTENDING OR TOLLING HOMESTEAD EXEMTION REINVESTMENT PERIOD*
Page 4

**IT IS FURTHER ORDERED** that if the Escrow does not close on or before January 18, 2022 pursuant to this order, then Encore shall refund the Proceeds to Trustee made payable to "David Seror, Chapter 7 Trustee, Namazakikhah Bankruptcy Estate".

###

Date: December 28, 2021

Martin R Barash
United States Bankruptcy Judge

# EXHIBIT A

Respectfully presented by:

LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By: _____
   RAYMOND H. AVER
Bankruptcy Counsel for
MOHAMMAD S. NAMAZIKHAH
Chapter 7 Debtor


Approved as to form and content:

ZAMORA & HOFFMEIER
A Professional Corporation

By: _____
   NANCY HOFFMEIER ZAMORA
Attorneys for Chapter 7 Trustee
DAVID SEROR

# DAVID SEROR,
## TRUSTEE
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone (818) 827-9000
Facsimile (818) 936-0624
E-mail    dseror@bg.law

December 14, 2021

**Via Hand Delivery**

Lisa Coro, Escrow Officer
Encore Escrow
21031 Ventura Boulevard
Suite 317
Woodland Hills, CA 91364

    RE:   In re Estate of Mohammad Namazikhah
            Chapter 7 Case No.: 15-13134-MB
            Escrow No. 13718-LC

Dear Ms. Coro:

I am the duly appointed Chapter 7 Trustee for the Estate of Mohammad Namazikhah. I enclose herewith an Estate check in the amount of $175,000. These funds are from the sale of Debtor's prior residence and California law restricts the way these funds can be used by Debtor.

You may use these funds to close the foregoing described escrow only under the following conditions. If any of these conditions are not met, your authority to use these funds ceases immediately, and you must return all funds to me. The conditions are:

1. The funds can only be used to the purchase of the property located at 5435 Fallbrook Avenue, Woodland Hills, CA 91367 by Mohammed Sadegh Namazikhah;

2. Upon close of escrow, title must be taken in the name of Mohammed Sadegh Namazikhah;

2744751.DOCX

**DAVID SEROR,
TRUSTEE**

Lisa Coro, Escrow Officer
Encore Escrow December 14, 2021
Page 2

3. Escrow must close no later than December 17, 2021. There are no extensions of this time limitation.

4. After close of escrow, this property shall be Mr. Namazikhah's residence.

5. Under no circumstances are you authorized to deliver these funds to Mr. Namazikhah or to any other person.

Please respond to this letter, acknowledging its receipt and your agreement to comply with the foregoing conditions; or, if you have any questions concerning this letter or your authority,

Very truly yours,

DAVID SEROR

DS/d
Enc.

2744751.DOCX

Respectfully presented by:

LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation


By:_____
    RAYMOND H. AVER
Bankruptcy Counsel for
MOHAMMAD S. NAMAZIKHAH
Chapter 7 Debtor


Approved as to form and content:

ZAMORA & HOFFMEIER
A Professional Corporation


By:_____
    NANCY HOFFMEIER ZAMORA
Attorneys for Chapter 7 Trustee
DAVID SEROR