| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>RESNIK HAYES MORADI LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone:  (818) 285-0100<br>Facsimile:  (818) 855-7013<br>jhayes@RHMFirm.com<br>matt@RHMFirm.com | |

☐  Individual *appearing without an attorney*
☒  *Attorney for: Professional Robert Hindin*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| In re:<br><br><br>MOHAMMAD S. NAMAZIKHAH,<br><br><br><br><br>Debtor(s) | CASE NO.: 1:15-bk-13134-MB<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>**ORDER APPROVING STIPULATION AND CONTINUING HEARING ON FIRST AND FINAL APPLICATION BY ROBERT HINDIN & ASSOCIATES, APLC, A PERSONAL INJURY LAW FIRM, FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS FOR LITIGATING DEBTOR'S PERSONAL INJURY CLAIMS** |
|---|---|

PLEASE TAKE NOTE that the order titled ___ ORDER APPROVING STIPULATION AND CONTINUING HEARING ON FIRST AND FINAL APPLICATION BY ROBERT HINDIN & ASSOCIATES, APLC, A PERSONAL INJURY LAW FIRM, FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS FOR LITIGATING DEBTOR'S PERSONAL INJURY CLAIM _____
was lodged on (*date*) 01/03/2022 and is attached.  This order relates to the motion which is docket number 564.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com
matt@RHMFirm.com

*Attorneys for Professional*
Robert Hindin

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO DIVISION

|  |  |
|---|---|
| In re | Case No. 1:15-bk-13134-MB |
|  | Chapter 7 |
| MOHAMMAD S. NAMAZIKHAH, | **ORDER APPROVING STIPULATION AND CONTINUING HEARING ON FIRST AND FINAL APPLICATION BY ROBERT HINDIN & ASSOCIATES, APLC, A PERSONAL INJURY LAW FIRM, FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS FOR LITIGATING DEBTOR'S PERSONAL INJURY CLAIMS** |
| Debtor. | *New Hearing Date*<br>Date: February 16, 2022<br>Time: 1:30 p.m.<br>Place: 21041 Burbank Boulevard<br>        Woodland Hills, CA 91367<br>        Crtrm 303 |
|  | *Original Hearing Date*<br>Date: January 19, 2022<br>Time: 1:30 p.m.<br>Place: 21041 Burbank Boulevard<br>        Woodland Hills, CA 91367<br>        Crtrm 303 |

The court having reviewed the **STIPULATION TO CONTINUE HEARING ON
FIRST AND FINAL APPLICATION BY ROBERT HINDIN & ASSOCIATES,
APLC, A PERSONAL INJURY LAW FIRM, FOR ALLOWANCE OF FEES AND**

**REIMBURSEMENT OF COSTS FOR LITIGATING DEBTOR'S PERSONAL INJURY CLAIMS** [Doc 564] between Robert Hindin ("Hindin") on the one hand, and David Seror, chapter 7 trustee in this matter (the "Trustee"), on the other hand, and good cause appearing:

IT IS HEREBY ORDERED:

1.      The Stipulation is approved.

2.      The hearing on the Hindin Fee Application [Doc 551] is continued to February 16, 2022 at 1:30 p.m.  The due dates of responses and replies to the application will be due according to the rules as if the Application had been originally set for February 16, 2022.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____1/4/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ___1/4/2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___1/4/2022_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/4/2022 | Daniel Lavian | /s/ Daniel Lavian |
|----------|---------------|-------------------|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Eric V Anderton    eanderton@catanzarite.com, bphillips@catanzarite.com**
- **Raymond H. Aver    ray@averlaw.com,
  averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com**
- **Sumit Bode    sumit.bode@americaninfosource.com**
- **Theron S Covey    theronscovey@hotmail.com, sferry@raslg.com**
- **Dane W Exnowski    dane.exnowski@mccalla.com,
  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com**
- **Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com**
- **M. Jonathan Hayes    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;ru
  ss@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario
  @rhmfirm.com**
- **Frances M O'Meara    fomeara@fmglaw.com,
  mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com**
- **Veronica A Pacheco    BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com**
- **Sheila M Pistone    sheila@pistonelawoffice.com, sheilapistone@yahoo.com**
- **David Seror (TR)    aquijano@bg.law, C133@ecfcbis.com;mgalvan@bg.law**
- **Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Diane Weifenbach    diane@attylsi.com, bankruptcy1@attylsi.com**
- **Nancy H Zamora    zamora3@aol.com**

**2.  SERVED BY UNITED STATES MAIL:**

**1 Touch**
**370 Amapola Ave, Ste 106**
**Torrance, CA 90501**

**A&D Fire Sprinklers**
**1601 West Orangewood Ave**
**Orange, CA 92868**

**ADT**
**P.O. Box 371878**
**Pittsburgh, PA 15250**

**Agile Insurance**
**475 Half Day Road, Suite 550**
**Lincolnshire, IL 60069**

**American Express**
**P.O. Box 0001**
**Los Angeles, CA 90096-8000**

**AT&T**

**PO BOX 6416**
**Carol Stream, IL 60197-5016**

**AW Metering**
**4431 North Sixie Highway**
**Boca Raton, FL 33431**

**Banc of California**
**3 MacArthur Place**
**Santa Ana, CA 92707**

**Bank Of America**
**Po Box 982238**
**El Paso, TX 79998**

**Cal Water - VDA**
**2632 W 237th Street**
**Torrance, CA 90505**

**California Waste Services**
**621 West 152nd Street**
**Gardena, CA 90247**

**Califronia Access Scaffold-Shoring**
331 Vineland Ave
La Puente, CA 91746

**Carlson Lath & Plaster**
PO BOX 6859
Norco, CA 92860

**Carlton & Alberola**
23792 Rockfield Blvd #101
Lake Forest, CA 92630

**County Of Los Angeles**
5770 S Eastern Ave
Commerce, CA 90040

**Crisp Enterprise**
3180 Pullman Street
Costa Mesa, CA 92626

**De Lage Landen Financial Svcs**
P O Box 41602
Philadelphia, PA 19101

**Emerald Landscape**
30100 Town Center Drive, Suite 0 #1
Laguna Niguel, CA 92677

**Express Plumbing**
7230 Remmet Avenue
Canoga Park, CA 91303

**Franchise Tax Board**
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

**Gelman LLP**
1 Park Plaza Suite 950
Irvine, CA 92614

**Golden State Claims Adjusters**
2244 Faraday Ave., #126
Carlsbad, CA 92008

**Google**
1600 Amphitheatre Pkwy
Mountain View, CA 94043

**GTA Drywall**
14329 Dove Canyon Drive

Riverside, CA 92503

**Harbor Stone Paving**
2310 Lomita Blvd
Lomita, CA 90717

**Harris & Ruth**
2107 W San Bernardio Road
West Covina, CA 91790

**HCI Systems**
1354 S Parkside Place
Ontario, CA 91761

**Herron Construction**
2101 Maple Privado
Ontario, CA 91761

**Hoskins Equipment**
1000 S Leslie Street
La Habra, CA 90631

**I.c. System, Inc**
Po Box 64378
Saint Paul, MN 55164

**Incledon**
1570 Corporate Drive, A
Costa Mesa, CA 92626

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jpmcb Auto**
700 Kansas Lane
Monroe, LA 71203

**Jpmcb Card / Southwest**
Po Box 15369
Wilmington, DE 19850

**Jpmcb Card / United**
Po Box 15369
Wilmington, DE 19850

**K & S Air Conditioning**
143 East Meats Ave
Orange, CA 92865

**Lee & Stires**
PO BOX 2124

Montclair, CA 91763

Methane Specialist
5210 Lewis Rd. #1
Agoura Hills, CA 91301

National Construction Rentals
1045 S Greenwood Ave
Montebello, CA 90640

National Fail Safe
6442 Industry Way
Westminster, CA 92683

OC Sandbagger
2424 N Batavia Street
Orange, CA 92865

On Point Plumbing Systems
26893 Bouque Cyn Rd. #C219
Saugus, CA 91350

Onyx Paving
2890 E La Cresta Ave
Anaheim, CA 92806

PDQ Rentals
10826 Shoemaker
Santa Fe Springs, CA 90670

Pena Demolition and Grading
11253 Vinedale Street
Sun Valley, CA 91352

Pension Benefit Guaranty Cor
Attn:  Kem Tae M. Lynch, Esq.
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005

Pitney Bowes
PO BOX 371874
Pittsburgh, PA 15250-7874

Premier Steel Structures
13345 Estelle Street
Corona, CA 92879

R-3 Contractors
800 E Orangefair Lane
Anaheim, CA 92801

Radar Properties
8901 S La Cienega Blvd., #101
Inglewood, CA 90301

Reyes Single Ply Roofing Masters Co
516 W Rialto Ave
Rialto, CA 92376

S.J. Grigolla
2639 Sierra Way
La Verne, CA 91750

SBA Loan - Covid-19
PO BOX 3918
Portland, OR 97208

Schools First Federal Credit Union
P.O. Box 11547
Santa Ana, CA 92711-1547

Schoolsfirst Fcu
Po Box 526001
Sacramento, CA 95852

SDC Millwork
1500 W Cowles Street
Long Beach, CA 90813

Selected Marble
1621 Stearns Dr
Los Angeles, CA 90035

Showtime Construction
1800 Berkshire Dr
Thousand Oaks, CA 91362

Sierra Insulation
120 S Wineville Ave
Ontario, CA 91761

Signtech
4444 Federal Blvd
San Diego, CA 92102

So Cal Edison
PO Box 800
Rosemead, CA 91770

Spectrum
PO Box 60074
City of Industry, CA 91716

Stanco Signage
1401 E. St. Andrew Place
Santa Ana, CA 92705

State Fund
P.O. Box 7441
San Francisco, CA 94120-7441

Structural Steel Fabricators
10641 Sycamore Ave
Stanton, CA 90680

Sunstate Equipment
5552 East Washington Street
Phoenix, AZ 85034

Tait & Associates
701 N Parkcenter
Santa Ana, CA 92705

Tetra Graphics
2730 Montery Street
Torrance, CA 90503

Time Warner Business Class
PO Box 223085
Pittsburgh, PA 15251

TJM Glazing
6291 Santa Rita

Garden Grove, CA 92845

TLC Building Maintenance
12127 Shady Hollow Court
Porter Ranch, CA 91326

TN Sheet Metal
18385 Bandilier Circle
Fountain Valley, CA 92708

Trowe/Fantastic IT
3720 Skypark Drive
Torrance, CA 90505

Vallee Electrical Services
3716 Park Place
Montrose, CA 91020

Vonage
23 Main Street
Holmdel, NJ 07733

VSP
3333 Quality Drive
Rancho Cordova, CA 95670

WilScot
11811 Greenstone Avenue
Santa Fe Springs, CA 90670