| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address<br><br>**RAYMOND. H AVER (SBN 109577)**<br>**LAW OFFICES OF RAYMOND H. AVER**<br>**A Professional Corporation**<br>**10801 National Boulevard, Suite 100**<br>**Los Angeles, California 90064**<br>**Telephone: (310) 571-3511**<br>**email: ray@averlaw.com**<br><br>☐ Individual appearing without attorney<br>☑ Attorney for Chapter 7 Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA-SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>**MOHAMMAD SADEGH NAMAZIKHAH,**<br><br>Debtor(s) | CASE NO.: **1:15-bk-13134-MB**<br>CHAPTER: **7**<br>NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (title of motion[1]):<br><br>**"MOTION FOR TURNOVER OF SETTLEMENT FUNDS, INHERITANCE PROPERTY, AND RELATED DOCUMENTS"** |
|---|---|

PLEASE TAKE NOTE that the order titled **[Proposed] "Order Granting 'Stipulation To Vacate Continued Hearing Of Motion For Turnover Of Settlement Funds, Inheritance Property, And Related Documents' "** was lodged on (date) **January 4, 2022** and is attached. This order relates to the motion which is docket number **567.**

---

[1] **Please abbreviate if title cannot fit into text field.**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT



**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, January 04, 2022

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order:
( **10327149.doc** )
A new order has been added

- **Office:** San Fernando Valley
- **Case Title:** Mohammad Sadegh Namazikhah
- **Case Number:** 15-13134
- **Judge Initial:** MB
- **Case Type:** bk ( Bankruptcy )
- **Document Number:** 567
- **On Date:** 01/04/2022 @ 01:26 PM

Please print 🖶 this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

```
RAYMOND H. AVER - SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

Attorneys for Chapter 7 Debtor
MOHAMMAD S. NAMAZIKHAH
```

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re: | Case No. 1:15-bk-13134-MB |
| **MOHAMMAD SADEGH NAMAZIKHAH,** | Chapter 7 |
| Debtor. | [PROPOSED] ORDER APPROVING "STIPULATION TO VACATE CONTINUED HEARING OF 'MOTION FOR TURNOVER OF SETTLEMENT FUNDS, INHERITANCE PROPERTY, AND RELATED DOCUMENTS'" |
| | Date: January 6, 2022<br>Time: 11;00 a.m.<br>Place: Courtroom 303<br>United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, California 91367 |

1 | The Court having reviewed and considered the "Stipulation To Vacate Continued Hearing Of 'Motion For Turnover Of Settlement Funds, Inheritance Property, And Related Documents'" ("Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS FURTHER ORDERED** that the continued hearing of the "Motion For Turnover Of Settlement Funds, Inheritance Property, And Related Documents," scheduled for January 6, 2022, is vacated.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10801 National Boulevard, Suite 100
Los Angeles, CA 90064**

A true and correct copy of the foregoing document entitled (*specify*): **"NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE "MOTION FOR TURNOVER OF SETTLEMENT FUNDS, INHERITANCE PROPERTY, AND RELATED DOCUMENTS"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 4, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric V Anderton: eanderton@catanzarite.com, bphillips@catanzarite.com
- Raymond H. Aver: ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com
- Sumit Bode: sumit.bode@americaninfosource.com
- Theron S Covey: theronscovey@hotmail.com, sferry@raslg.com
- Dane W Exnowski: dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Sean C Ferry: sferry@raslg.com, sferry@ecf.courtdrive.com
- M. Jonathan Hayes: jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- Frances M O'Meara: fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com
- Veronica A Pacheco: BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com
- Sheila M Pistone: sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- David Seror (TR): aquijano@bg.law, C133@ecfcbis.com;mgalvan@bg.law
- Najah J Shariff: najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
- Diane Weifenbach: diane@attylsi.com, bankruptcy1@attylsi.com
- Nancy H Zamora: zamora3@aol.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 4, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
Bin on First Floor outside entry to Clerk's Office
    Judge's Copy temporarily suspended by General Order 20-02

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 4, 2022 | Kristy Lozoya | /s/ Kristy Lozoya |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**