M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com
matt@RHMFirm.com

*Attorneys for Professional*
Robert Hindin

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO DIVISION

| | |
|---|---|
| In re<br><br>MOHAMMAD S. NAMAZIKHAH,<br><br>Debtor. | Case No. 1:15-bk-13134-MB<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF FIRST AND FINAL APPLICATION BY ROBERT HINDIN & ASSOCIATES, APLC, A PERSONAL INJURY LAW FIRM, FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS FOR LITIGATING DEBTOR'S PERSONAL INJURY CLAIMS WITHOUT PREJUDICE**<br><br>Date: February 16, 2022<br>Time: 1:30 p.m.<br>Place: 21041 Burbank Boulevard<br>         Woodland Hills, CA 91367<br>         Crtrm 303 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE; TO TRUSTEE DAVID SEROR AND HIS COUNSEL OF RECORD; OFFICE OF THE UNITED STATES TRUSTEE AND ITS COUNSEL OF RECORD; AND ALL PARTIES IN INTEREST:**

1

1     PLEASE TAKE NOTICE that Robert Hindin & Associates, APLC hereby withdraws its Application for Order Approving this First and Final Interim Application [Doc. No 551] now set for hearing on February 16, 2022 at 1:30 p.m. This withdrawal is without prejudice to file the application again at an appropriate time in the future. The withdrawal is based on discussions between Mr. Hindin and the Trustee aimed at resolving objections the Trustee may assert to the requested fees.

Dated: January 28, 2022                               **RESNIK HAYES MORADI LLP**

                                                          **By:**       /s/ M. Jonathan Hayes
                                                                       **M. Jonathan Hayes**
                                                                       **Matthew D. Resnik**
                                                                     *Attorneys for Professional*
                                                                    Robert Hindin & Associates

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF FIRST AND FINAL APPLICATION BY ROBERT HINDIN & ASSOCIATES, APLC, A PERSONAL INJURY LAW FIRM, FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS FOR LITIGATING DEBTOR'S PERSONAL INJURY CLAIMS WITHOUT PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/28/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/28/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/28/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/28/2022 | Daniel Lavian | /s/ Daniel Lavian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Eric V Anderton**     eanderton@catanzarite.com, bphillips@catanzarite.com
- **Raymond H. Aver**     ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com
- **Sumit Bode**     sumit.bode@americaninfosource.com
- **Theron S Covey**     theronscovey@hotmail.com, sferry@raslg.com
- **Dane W Exnowski**     dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Sean C Ferry**     sferry@raslg.com, sferry@ecf.courtdrive.com
- **M. Jonathan Hayes**     jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com
- **Frances M O'Meara**     fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com
- **Veronica A Pacheco**     BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com
- **Sheila M Pistone**     sheila@pistonelawoffice.com, sheilapistone@yahoo.com
- **David Seror (TR)**     aquijano@bg.law, C133@ecfcbis.com;mgalvan@bg.law
- **Najah J Shariff**     najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov
- **Diane Weifenbach**     diane@attylsi.com, bankruptcy1@attylsi.com
- **Nancy H Zamora**     zamora3@aol.com

**2.  SERVED BY UNITED STATES MAIL:**

```
Label Matrix for local noticing        A&B Dental Center, Inc.              U.S. BANK NATIONAL ASSOCIATION
0973-1                                  c/o Catanzarite Law Corporation      14841 Dallas Parkway, Suite 300
Case 1:15-bk-13134-MB                   2331 West Lincoln Avenue             Dallas, TX 75254-7883
Central District of California          Anaheim, CA 92801-5103
San Fernando Valley
Fri Jan 28 12:41:22 PST 2022

U.S. Bank National Association as Legal Titl   UNITED STATES OF AMERICA on behalf of the IN   United States Trustee (SV)
3000 Kellway Dr. Ste 150                300 N. Los Angeles Street, Room 7211   915 Wilshire Blvd, Suite 1850
Carrollton, TX 75006-3357               Attn:  Najah Shariff                  Los Angeles, CA 90017-3560
                                        Los Angeles, CA 90012-3342


WELLS FARGO BANK, N.A.                  Wells Fargo Bank, N.A.                Zamora & Hoffmeier
P.O. Box 29482                          SBL                                   633 W 5th Ste 2600
Phoenix, AZ 85038-9482                  P.O. Box 29482                        Los Angeles, CA 90071-2053
                                        Phoenix, AZ 85038-9482



San Fernando Valley Division            Bank of America                       (p)BANK OF AMERICA
21041 Burbank Blvd,                     P.O. Box 15019                        PO BOX 982238
Woodland Hills, CA 91367-6606           Wilmington, DE 19850-5019             EL PASO TX 79998-2238




Business Card                           (p)JPMORGAN CHASE BANK  N A           FRANCHISE TAX BOARD
P.O. Box 15796                          BANKRUPTCY MAIL INTAKE TEAM           BANKRUPTCY SECTION MS A340
Wilmington, DE 19886-5796               700 KANSAS LANE FLOOR 01              PO BOX 2952
                                        MONROE LA 71203-4774                  SACRAMENTO CA 95812-2952


FRANCHISE TAX BOARD                     GHORBANIAN DDS INC                    INTERNAL REVENUE SERVICE
BANKRUPTCY UNIT                         C/O MOHAMMAS ALI TALAIE ESQ           PO BOX 7346
PO BOX 2952                             800 WEST 6TH STREET STE 1200          PHILADELPHIA PA 19101-7346
SACRAMENTO CA  95812-2952               LOS ANGELES CA 90017-2715


(p)INTERNAL REVENUE SERVICE             Kosmas Pappas, D.D.S.                 Kosmas Pappas, D.D.S.
CENTRALIZED INSOLVENCY OPERATIONS       10106 Adams Avenue                    C/O Catanzarite Law Corporation
PO BOX 7346                             Huntington Beach, CA 92646-4907       2331 West Lincoln Avenue
PHILADELPHIA PA 19101-7346                                                    Anaheim, CA 92801-5103


LOS ANGELES CITY ATTORNEY'S OFFICE      Law Offices of Raymond H. Aver        Old Republic Default Management Ser
ATTN WENDY LOO                          A Professional Corporation            P.O. Box 250
200 N MAIN ST STE 920                   10801 National Boulevard, Suite 100   Orange, CA 92856-6250
LOS ANGELES CA 90012-4128               Los Angeles, California 90064-4140


(p)US BANK                              U.S. Bank, N.A.                       U.S. Bank, National Association
PO BOX 5229                             425 Walnut Street                     3121 Michelson Drive, Suite 500
CINCINNATI OH 45201-5229                Cincinnati, OH 45202-3940             Irvine, CA 92612-7673


United Airlines, Inc.                   WELLS FARGO BANK NA                   Wells Fargo Bank, N.A.
900 Grand Plaza Drive NHCCR             CUSTOMER SERVICE                      Business Direct Division
Houston, TX 77067-4323                  POB 348750                            P.O. Box 29482
                                        SACRAMENTO CA 95834-8750              Phoenix, AZ 85038-9482
```

```
David Seror (TR)                    Kosmas Pappas                          Mohammad Sadegh Namazikhah
21650 Oxnard Street, Suite 500      c/o Catanzarite Law Corporation        16661 Ventura Boulevard, Suite 606
Woodland Hills, CA 91367-4911       2331 West Lincoln Avenue               Encino, CA 91436-1982
                                    Anaheim, CA 92801-5103


Raymond H. Aver
Law Offices of Raymond H. Aver
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, CA 90064-4140
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                     Chase                                  Internal Revenue Service
P.O. Box 982235                     P.O. Box 24696                         300 North Los Angeles Street, M/S 5022
El Paso, TX 79998-2235              Columbus, OH 43224                     Los Angeles, CA 90012


U.S. Bank National Association
c/o U.S. Bank Home Mortgage
A Division of US Bank NA
4801 Frederica St
Owensboro, KY 42301
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Coldwell Banker Residential Brokerage and    (u)Courtesy NEF                  (u)Ghorbanian DDS II, Inc


(u)Ghorbanian DDS, Inc.                         (u)Keller Williams/Encino        (u)Robert Hindin & Associates, APLC


(u)U.S. BANK, NA AS LEGAL TITLE TRUSTEE FOR T   (d)Bank of America               (d)U.S. Bank National Association as Legal Ti
                                                P.O. Box 982238                  3000 Kellway Dr. Ste 150
                                                El Paso, TX 79998-2238           Carrollton, TX 75006-3357


(u)Raymond H. Aver                              End of Label Matrix
                                                Mailable recipients    33
                                                Bypassed recipients    10
                                                Total                  43
```