United States Bankruptcy Court
Central District of California

In re:  Case No. 15-13134-MB
Mohammad Sadegh Namazikhah  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1     User: admin     Page 1 of 3
Date Rcvd: Jun 06, 2022     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohammad Sadegh Namazikhah, 16661 Ventura Boulevard, Suite 606, Encino, CA 91436-1982 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Dane W Exnowski
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

David Seror (TR)
    csalazar@bg.law  C133@ecfcbis.com;mgalvan@bg.law

Diane Weifenbach
    on behalf of Creditor U.S. BANK  NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST diane@attylsi.com, bankruptcy1@attylsi.com

Diane Weifenbach
    on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust diane@attylsi.com bankruptcy1@attylsi.com

Eric V Anderton
    on behalf of Creditor A-B Dental Center  Inc. eanderton@catanzarite.com, bphillips@catanzarite.com

| District/off: 0973-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

Eric V Anderton
    on behalf of Interested Party Courtesy NEF eanderton@catanzarite.com  bphillips@catanzarite.com

Eric V Anderton
    on behalf of Creditor Kosmas Pappas eanderton@catanzarite.com  bphillips@catanzarite.com

Frances M O'Meara
    on behalf of Creditor WELLS FARGO BANK  N.A. fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE fomeara@fmglaw.com  mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor Ghorbanian DDS II  Inc fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust fomeara@fmglaw.com  mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor A-B Dental Center  Inc. fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION fomeara@fmglaw.com mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor Ghorbanian DDS  Inc. fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor Kosmas Pappas fomeara@fmglaw.com mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

Frances M O'Meara
    on behalf of Creditor U.S. BANK  NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST fomeara@fmglaw.com, mhirota@fmglaw.com;nsands@fmglaw.com;cvillareal@fmglaw.com

M. Jonathan Hayes
    on behalf of Interested Party Courtesy NEF jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

M. Jonathan Hayes
    on behalf of Attorney Robert Hindin & Associates  APLC jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com;boshra@rhmfirm.com;rosario@rhmfirm.com

Najah J Shariff
    on behalf of Creditor UNITED STATES OF AMERICA on behalf of the INTERNAL REVENUE SERVICE najah.shariff@usdoj.gov  USACAC.criminal@usdoj.gov

Nancy H Zamora
    on behalf of Trustee David Seror (TR) zamora3@aol.com

Raymond H. Aver
    on behalf of Debtor Mohammad Sadegh Namazikhah ray@averlaw.com averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com

Sean C Ferry
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION sferry@raslg.com  sferry@ecf.courtdrive.com

Sheila M Pistone
    on behalf of Creditor Ghorbanian DDS II  Inc sheila@pistonelawoffice.com, sheilapistone@yahoo.com

Sheila M Pistone
    on behalf of Creditor Ghorbanian DDS  Inc. sheila@pistonelawoffice.com, sheilapistone@yahoo.com

Simon J Dunstan
    on behalf of Debtor Mohammad Sadegh Namazikhah hughesanddunstan@gmail.com

Sumit Bode
    on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust sumit.bode@americaninfosource.com

Theron S Covey
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION tcovey@raslg.com  sferry@raslg.com

United States Trustee (SV)

| District/off: 0973-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: pdf042 | Total Noticed: 1 |

ustpregion16.wh.ecf@usdoj.gov

Veronica A Pacheco

on behalf of Creditor WELLS FARGO BANK  N.A. BDBKInquiry@wellsfargo.com, BDBKInquiry@wellsfargo.com

TOTAL: 29

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
ANTHONY N. R. ZAMORA (State Bar No. 146619)
ZAMORA & HOFFMEIER, A Professional Corporation
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California 90071
TEL: (213) 488-9411   FAX: (213) 488-9418
e-mail: zamora3@aol.com

Attorneys for David Seror,
Chapter 7 Trustee

**FILED & ENTERED**

JUN 06 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>MOHAMMAD SADEGH NAMAZIKHAH,<br><br>Debtor. | Case No. 1:15-bk-13134-MB<br><br>Chapter 7<br><br>ORDER APPROVING COMPROMISE MEMORIALIZED IN STIPULATION TO RESOLVE PENDING TURNOVER MOTION, TURNOVER ORDER, AND RELATED ISSUES<br><br>[refer to docket no. 581]<br><br>HEARING<br>DATE:  May 26, 2022<br>TIME:  2:30 p.m.<br>CTRM:  303<br>(hearing by ZoomGov only) |

The hearing (the "Hearing") on the Trustee's Motion for Order Approving Compromise Memorialized in Stipulation to Resolve Pending Turnover Motion, Turnover Order, and Related Issues (the "Compromise Motion") filed by Chapter 7 Trustee David Seror ("Trustee") of the bankruptcy estate (the "Estate") of debtor Mohammad Sadegh Namazikhah ("Debtor") in the above-entitled bankruptcy case (the "Case") was held on May 26, 2022, the Honorable Martin Barash, United States Bankruptcy Judge, presiding. The Compromise Motion is filed as docket no. 581 in the Case.

The Hearing was conducted by the Court via ZoomGov. Nancy Hoffmeier Zamora, Esq., Zamora & Hoffmeier, A Professional Corporation, appeared on behalf of Trustee.

1

Raymond H. Aver, Esq., Law Offices of Raymond H. Aver, A Professional Corporation appeared on behalf of Law Offices of Raymond H. Aver, A Professional Corporation. Simon Dunstan, Esq., Dunstan & Franke, appeared on behalf of Debtor. Shelia M. Pistone, Esq., Law Office of Sheila M. Pistone, appeared on behalf of creditors Ghorbanian DDS, Inc. and Ghorbanian DDS II, Inc.

Having read and considered the Compromise Motion including the memorandum of points and authorities; supporting declarations [docket no. 581], the notice of the Compromise Motion [docket no. 582], the supplemental notice of hearing to be held remotely using ZoomGov audio and video [docket no. 584], the objection of Ghorbanian DDS, Inc, and Ghorbanian DDS II, Inc. to the Compromise Motion (the "Objection") [docket no. 586], Trustee's reply to the Objection (the "Reply") [docket no. 587], Debtor's declaration in support of the Reply [docket no. 588], and such other documents as are filed in the Case; notice of the Hearing and of the Compromise Motion having been proper; argument being made at the Hearing; the Court having stated findings of fact and conclusions of law on the record, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Objection is overruled, the Compromise Motion is granted, and the stipulation attached as Exhibit A to the Compromise Motion is approved.

# # # # #

Date: June 6, 2022

Martin R Barash
United States Bankruptcy Judge